

# Fourth Court of Appeals
## San Antonio, Texas

June 2, 2021

No. 04-19-00871-CR

Charles W. **EADEN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR4480
Honorable Raymond Angelini, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

In this appeal, counsel for appellant filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel certified that he served copies of the brief and motion on appellant, informed appellant of his right to review the record and file his own brief, and explained the procedure for obtaining the record. We issued an order on February 5, 2021 advising appellant that his counsel had filed an *Anders* brief and informing appellant that he had the right to request a copy of the appellate record and to file a pro se brief within forty-five days. Appellant did not respond and the appeal was set at issue. On May 20, 2021, appellant filed a "Motion to Obtain Transcript" in this court stating that he had made previous unsuccessful attempts to obtain a copy of the record from the trial court, rather than from this court. Appellant's motion states that he desires to file a pro se "supplemental brief."

Accordingly, in the interest of justice, we WITHDRAW the submission date of this appeal and instruct the clerk of this court to immediately send a copy of the appellate record to the appellant. It is ORDERED that appellant's pro se brief, if any, must be filed in this court ***within sixty (60) days*** from the date of this order. <u>No further extensions will be considered</u>.

If appellant timely files a pro se brief, the State of Texas may file a responsive brief no later than thirty days after the date appellant's pro se brief is filed in this court.

Upon completion of briefing, or expiration of the applicable deadlines, this case will be resubmitted before the same panel consisting of Justice Chapa, Justice Rios, and Justice Rodriguez.

We instruct the Clerk of this Court to serve a copy of this order on appellant, his counsel, the attorney for the State, and the clerk of the trial court.

It is so **ORDERED** on June 2, 2021.

PER CURIAM

ATTESTED TO:
MICHAEL A. CRUZ,
CLERK OF COURT